IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FREDERICK BANKS, #05711-068                                             PETITIONER

VERSUS                                              CIVIL ACTION NO. 5:07-cv-38-DCB-MTP

BRUCE PEARSON                                                            RESPONDENT

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this date and incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed with prejudice.

This the  7th  day of July    , 2009.


                    s/David Bramlette
                    UNITED STATES DISTRICT JUDGE